# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAUNE LIVAS, | CASE NO. 1:12-cv-01447-LJO-SKO PC |
| Plaintiff, | ORDER DENYING MOTION FOR LEAVE TO FILE AMENDED COMPLAINT AS MOOT |
| v. | (Doc. 11) |
| L. DIAZ, et al., | |
| Defendants. | |

        Plaintiff Saune Livas, a state prisoner proceeding pro se and in forma pauperis, filed this civil rights action pursuant to 42 U.S.C. § 1983 on September 5, 2012.  On March 25, 2013, Plaintiff filed a motion seeking leave to amend and an amended complaint.

        At this stage in the proceedings, Plaintiff has the right to amend once as a matter of course, and his amended complaint was filed.  Fed. R. Civ. P. 15(a).  Accordingly, Plaintiff's motion to amend is HEREBY DENIED as moot.


IT IS SO ORDERED.

**Dated:      March 27, 2013**                  **/s/ Sheila K. Oberto**
                                               UNITED STATES MAGISTRATE JUDGE

1