# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

SAUNE LIVAS,

                    Plaintiff,

    v.

L. DIAZ, et al.,

                    Defendants.

                           /

CASE NO. 1:12-cv-01447-LJO-SKO PC

ORDER DENYING MOTION FOR LEAVE TO FILE AMENDED COMPLAINT AS MOOT

(Doc. 11)

       Plaintiff Saune Livas, a state prisoner proceeding pro se and in forma pauperis, filed this civil rights action pursuant to 42 U.S.C. § 1983 on September 5, 2012.  On March 25, 2013, Plaintiff filed a motion seeking leave to amend and an amended complaint.

       At this stage in the proceedings, Plaintiff has the right to amend once as a matter of course, and his amended complaint was filed.  Fed. R. Civ. P. 15(a).  Accordingly, Plaintiff's motion to amend is HEREBY DENIED as moot.


IT IS SO ORDERED.

**Dated:**   **March 27, 2013**                         **/s/ Sheila K. Oberto**
                                 UNITED STATES MAGISTRATE JUDGE

1