# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAUNE LIVAS,<br><br>            Plaintiff,<br><br>       v.<br><br>L. DIAZ, et al.,<br><br>            Defendants. | CASE NO. 1:12-cv-01447-LJO-SKO PC<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DISMISSING ACTION, WITH PREJUDICE, FOR FAILURE TO STATE A CLAIM UPON WHICH RELIEF MAY BE GRANTED UNDER SECTION 1983<br><br>(Docs. 12 and 14)<br><br>ORDER THAT DISMISSAL IS SUBJECT TO 28 U.S.C. § 1915(G) |

   Plaintiff Saune Livas, a state prisoner proceeding pro se and in forma pauperis, filed this civil rights action pursuant to 42 U.S.C. § 1983 on September 5, 2012. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

   On March 27, 2013, the Magistrate Judge screened Plaintiff's amended complaint and filed a findings and recommendations recommending dismissal of the action for failure to state a claim under section 1983. 28 U.S.C. § 1915A. The fifteen-day objection deadline has expired and Plaintiff did not file an objection.

   In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), the Court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, the Court finds the findings and recommendations to be supported by the record and by proper analysis.

   Accordingly, IT IS HEREBY ORDERED that:

   1.   The findings and recommendations, filed March 27, 2013, is adopted in full;
   2.   This action is dismissed, with prejudice, based on Plaintiff's failure to state a claim upon which relief may be granted under section 1983; and

3. This dismissal is subject to the "three-strikes" provision set forth in 28 U.S.C. § 1915(g). *Silva v. Di Vittorio*, 658 F.3d 1090, 1098-99 (9th Cir. 2011).

IT IS SO ORDERED.

**Dated:   April 23, 2013**             /s/  Lawrence J. O'Neill
                                                     UNITED STATES DISTRICT JUDGE